**O/JS-6**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JAMILA SHANI ASHA
JOHNSON,

        Plaintiff,

    v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. ED CV 13-2112 JCG

**JUDGMENT**

     IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

Dated: November 18, 2014

_____

Hon. Jay C. Gandhi
United States Magistrate Judge